## People of the State of Illinois, Defendant in Error, v. John Boryszewski, Plaintiff in Error.

### Gen. No. 42,531.

opinion filed March 2, 1943. Francis J. Callahan, for plaintiff in error; Thomas J. Courtney, State's At-

torney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe and Joseph A. Pope, Assistant State's Attorneys, of counsel. Opinion by JUSTICE FRIEND. "Not to be published in full."